SCOTT N. CAMERON
Attorney at Law
1007 7th Street, Suite 319
Sacramento, California 95814
Telephone: (916) 442-5230

Attorney for:
HEATHER MOSES

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>HEATHER MOSES,<br><br>    Defendant. | CASE NO. 2:12-CR-0448 TLN<br><br>**STIPULATION AND ORDER CONTINUING STATUS CONFERENCE**<br><br>DATE: May 9, 2013<br>TIME: 9:30 a.m.<br>COURT: Hon. Troy L. Nunley |

### **Stipulation**

The government and defendant Heather Moses, through undersigned counsel, stipulate that the status conference, scheduled for May 9, 2013, may be continued to June 13, 2013, at 9:30 a.m. The government has provided the defense approximately 2,500 pages of relevant discovery as well as recorded statements. Moreover, defense counsel has made an informal request for discovery of certain documents and the government is in the process of obtaining those documents. As such, the additional time requested in this stipulation is necessary so defense counsel can review the discovery and conduct investigation.

Further, both parties agree and stipulate that the ends of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial. As such, the parties agree

1

that time may be excluded from the speedy trial calculation under the Speedy Trial Act for counsel preparation, pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T4.

The prosecutor has authorized the defense counsel for Heather Moses to sign this stipulation on his behalf.

DATED: May 2, 2013  BENJAMIN WAGNER
United States Attorney

by /s/ Scott N. Cameron, for
Jared Dolan
Assistant U.S. Attorney

DATED: May 2, 2013

by /s/ Scott N. Cameron
Scott N. Cameron
Counsel for Heather Moses

**ORDER**

Good cause appearing,

The status conference, scheduled for May 6, 2013, is continued to June 13, 2013, at 9:30 a.m. The Court finds that the ends of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial in this case. Time is excluded from the speedy trial calculation pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T4 for counsel preparation.

IT IS SO ORDERED.

DATED: May 8, 2013

Troy L. Nunley
United States District Judge

2